

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00363-CR

## EX PARTE SAM WILEY, JR.

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-381-C2**

## MEMORANDUM OPINION

Sam Wiley, Jr., has filed a document that requests post-conviction habeas corpus relief with respect to his felony judgment of conviction.

This Court, as an intermediate court of appeals, has no jurisdiction over post-conviction writs of habeas corpus in felony cases. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a), (b) (West 2015); *Ex parte Martinez,* 175 S.W.3d 510, 512-13 (Tex. App.—Texarkana 2005, orig. proceeding) ("Our law requires post-conviction applications for writs of habeas corpus, for felony cases in which the death penalty was not assessed, to be filed in the court of original conviction, made returnable to the Texas Court of Criminal Appeals.") (citing TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a), (b)).

Accordingly, we dismiss this appeal for want of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed November 15, 2017
Do not publish
[CR25]

